THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO AMMARITO, Appellant.

Submitted November 24, 2003; decided December 18, 2003

Motion for assignment of counsel granted and Laura Johnson,

Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.